IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOHN MICHAEL GARCIA-MOJICA,<br>Defendant | CRIMINAL NO.  16-800 (GAG) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by John Garcia-Mojica, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on March 16, 2018 before Hon. Gustavo A. Gelpi, United States District Judge for the District Court of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of March, 2018.

>	**ERIC A. VOS**
>	**Federal Public Defender**
>	**District of Puerto Rico**
>
>	S/Yasmin Irizarry-Pietri
>	**USDC-PR 213505**
>	**Assistant Federal Public Defender**
>	**241 Franklin D. Roosevelt Avenue**
>	**San Juan, PR  00918-2441**
>	**Tel. (787) 281-4922**
>	**Fax (787) 281-4899**
>	**E-mail : Yasmin_Irizarry@fd.org**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 19th day of March, 2018.

**ERIC A. VOS**
**Federal Public Defender**
**District of Puerto Rico**


**S/Yasmin Irizarry-Pietri**
**USDC-PR 213505**
**Assistant Federal Public Defender**
**241 Franklin D. Roosevelt Avenue**
**San Juan, PR  00918-2441**
**Tel. (787) 281-4922**
**Fax (787) 281-4899**
**E-mail : Yasmin_Irizarry@fd.org**